```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

AGRICO CANADA LTD,

        Plaintiff,

v.                             Case No. 8:08-cv-2132-T-33EAJ

HELM FERTILIZER CORP.,

        Defendant.
_____/

## ORDER

This matter is before the Court pursuant to Plaintiff's Unopposed Motion for Issuance of a Letter Request/ Letter Rogatory (the "Motion" Doc. # 30), which was filed on July 13, 2009.

Upon review of the Motion and being otherwise fully advised, the Court will grant the Motion.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff's Unopposed Motion for Issuance of a Letter Request/ Letter Rogatory (Doc. # 30) is **GRANTED**.

(2) This Court's Letter Request/ Letter Rogatory is attached to this Order as Exhibit "A."

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>15th</u> day of July, 2009.

                                                VIRGINIA M. HERNANDEZ COVINGTON
                                                UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record