```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

AGRICO CANADA LTD.,

        Plaintiff,
v.                                Case No. 8:08-cv-2132-T-33EAJ

HELM FERTILIZER CORP.,

        Defendant.
_____/

## ORDER

This matter comes before the Court *sua sponte*. The Court will hold the pretrial conference in this case on December 22, 2009, at 9:00 a.m. in Courtroom 14B. The parties are directed to file the pretrial statement on or before December 16, 2009. The case will remain on the January 2010 trial term.

Accordingly, it is

**ORDERED, ADJUDGED, AND DECREED**:

The Court will hold the pretrial conference on December 22, 2009, at 9:00 a.m in Courtroom 14B.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 24th day of November, 2009.

                                                   VIRGINIA M. HERNANDEZ COVINGTON
                                                   UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record